## Yaklich *v.* Nationwide Life Insurance Company, Appellant.

Argued November 14, 1969. *George M. Weis*, with him *Weis & Weis*, for appellant; *David J. Greenberg*, with him *David Rainero*, and *Rainero and Greenberg*, for appellee.

Order affirmed.

WRIGHT, P. J., dissents.

February 5, 1970

## Blocker et vir *v.* Goldstein, Appellant et al.

Argued December 10, 1969. *John T. Quinn*, for appellant; *Gerald D. Garfinkle*, for appellee.

Order affirmed.